# PD-0786-15

## APP.No. 05-13-01510-CR

### (trial cause No. 366-82182-2010)

| | | |
|---|---|---|
| THOMAS GRADY LAYTON, | § | IN THE COURT OF |
| APPELLANT | § | CRIMINAL APPEALS |
| V. | § | AUSTIN,TEXAS |
| THE STATE OF TEXAS, | § | |
| APPELLEE | § | APPEAL FROM COLLIN COUNTY |

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

---

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW

---

Now comes,Thomas Grady Layton,appellant,pro se,in the above style and cause number to present his First Motion for Extension of Time in which to file his Petition for Descretionary Review(PDR). He request that the extension be for 60 days.Appellants request for extenstion of time is not for purposes of delay,but that he may fairly have enought time to properly prepare his PDR.In support of his motion he shows the following.

A) Appellant is incarcerated at the Michael Unit,in Tennessee Colony,Texas.

B) Appellant's direct appeall was affirmed on June 08, 2015, causing his PDR to be filed by July 08, 2015 .

C) Appellant is trying to gain counsel for his PDR.

D) Appellant is unskilled in the law.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

---

Accordingly,Layton need additional time to gain counsel or file a pro se appeal.This is Layton's first request for an extension of time in this case.Layto assures the Court that this request is not designed to harass the Appellee,not to unnecessarily delay these proceedings,but to ensure that Layton has sufficient time to file a proper PDR.For the foregoing reasons,Layton respectfully moves this Court for an extension,up to and inclusing Sept.07,2015 ,to file a PDR.

RESPECTFULLY SUBMITTED,

Thomas Grady Layton
TDCJ # 1890625
Appellant pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by placing same in the prison mail system,postage prepaid,to:

Collin County District Attorney's Office
2100 Bloomdalle Road,Suite 20004
McKinney,Texas 75071

Thomas Grady Layton
TDCJ # 1890625
Appellant pro se